IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIA MICHELLE CONATE,

      Plaintiff,                No. 2:08-cv-0418 FCD JFM (PC)

    vs.

J. MURILLO, et al.,

      Defendants.          <u>ORDER</u>

/

      Plaintiff has requested an extension of time to file and serve an opposition to defendants' June 18, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's August 5, 2008 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' June 18, 2008 motion to dismiss, no further extensions will be granted. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: August 19, 2008.

UNITED STATES MAGISTRATE JUDGE

/ke
cona0418.36